# Law Office of Amy Jane Agnew, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

March 12, 2026

**VIA ECF**

**Re:**   **Diggs v. Dinello, et al., 23-cv-7149**
**Lindemann v. Sullivan-Davachi, 24-cv-6028**
**Rhodes v. Hammer, et al., 23-cv-9490**

Dear Judge Preska:

Dispositive motions in the above-referenced matters are due March 27, 2026. Defense counsel in <u>Diggs</u> has requested an extension which all counsel agree to, however, we would like to keep briefing schedules synched. Accordingly, the parties respectfully request the Court allow extensions of the briefing schedules in the above matters as follows:

Motions for Summary Judgment: April 27, 2026

Opposition Papers:            June 29, 2026

Reply Papers:              July 27, 2026

With our thanks for the Court's continued courtesy.

Sincerely,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

The briefing schedules in the above-captioned cases are modified as set forth in this letter. The Clerk of the Court shall close docket number 107 in 23-cv-7149; docket number 68 in 23-cv-9490; and docket number 35 in 24-cv-6028. **SO ORDERED.**

_____
Loretta A. Preska, U.S.D.J.
March 12, 2026

---