**SO ORDERED.** The Clerk of Court shall close: docket number 146 in 23-cv-3393; docket number 104 in 23-cv-7148; docket number 119 in 23-cv-7149; docket number 121 in 23-cv-7151; and docket number 112 in 23-cv-7369.

*Loretta A. Preska*
_____
Loretta A. Preska, U.S.D.J.    June 15, 2026

## LAW OFFICE OF AMY JANE AGNEW, P.C.

Honorable Loretta A. Preska
Senior Justice, United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

June 14, 2026

**VIA ECF**

**Re:**

| | |
|---|---|
| Feola v. Mueller, 23-cv-3393 | Pine v. Hammer, 23-cv-7148 |
| Lorandos v. Mueller, 23-cv-7369 | Windley v. Hammer, 23-cv-7151 |
| Diggs v. Dinello, 23-cv-7149 | |

Dear Judge Preska:

The above listed cases are the last of the Allen I related cases before this Court. The Court has already granted one extension of time for Plaintiffs to file extensions. Based on the personal reasons I shared with the Court, I would respectfully request until June 22, 2026. My work hours are very unpredictable right now. While I have these briefs well underway, I will be out a few days this week, including tomorrow. Unfortunately, my associate also determined to leave the firm a few weeks ago which was unexpected. (As the Court knows, some people aren't cut out for prison 😊.) My adversaries graciously agreed to an extension and we will still have plenty of time before the Court's September deadline.

I am, as always, grateful for the Court's courtesy.

Very truly yours,

*/s/ AJ Agnew*

Amy Jane Agnew, Esq.
*Counsel to Plaintiffs*

| *New York Office* | (973) 600-1724 | aj@ajagnew.com | *New Jersey Office* |
|---|---|---|---|
| 24 Fifth Avenue, Suite 1701 | | | 36 Page Hill Road |
| New York, NY 10011 | | | Far Hills, NJ 07931 |